IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD L. GLOVER**  **PLAINTIFF**
**#3449953**

v.   Case No. 4:23-cv-01154-KGB

**FAULKNER COUNTY JAIL,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5).  Plaintiff Richard L. Glover has not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects (*Id.*).  The Court dismisses this action without prejudice for failure to state a claim on which relief may be granted.  The relief requested is denied (Dkt. Nos. 2, 4).  This Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).  *Gonzalez v. United States*, 23 F.4th 788, 789-91 (8th Cir. 2022).  The Clerk is directed to close the case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this the 3rd day of September, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge